# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VALLEY FORGE MILITARY ACADEMY AND COLLEGE, | : | No. 86 MAL 2020 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM O'BRIEN, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.